**Order entered September 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01064-CR

**LARRY LYNN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-51103-Y**

## ORDER

The Court **DENIES** appellant's September 25, 2015 pro se motions to file an amended brief and to amend the exhibits. Appellant is represented by counsel who filed a brief on the merits and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

/s/     ADA BROWN
        JUSTICE